UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
EMPIRE STATE CARPENTERS WELFARE,
PENSION, ANNUITY, APPRENTICESHIP,
CHARITABLE TRUST, LABOR
MANAGEMENT CORPORATION, and
SCHOLARSHIP FUNDS, and their BOARD
OF TRUSTEES,

                    Plaintiffs,

- against -

J.G. FLANNERY INC.,

                    Defendant.
---------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV-10-1631 (ADS)(ETB)

      An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on June 16, 2012, adopting in its entirety the May 7, 2012 Report and Recommendation of Magistrate Judge E. Thomas Boyle, granting plaintiffs' motion for a default judgment as against defendant J.G. Flannery, Inc., awarding damages as follows: (1) $70,015.12 in unpaid employee benefit contributions; (2) $67,306.96 in interest, with additional interest to be calculated at a rate of $44.41 per day from May 7, 2012 through the date of judgment; (3) $14,003.02 in liquidated damages; (4) audit fees in the amount of $2,707.50; (5) $2,702.00 in attorney's fees; and (6) $490.83 in costs, for a total monetary award of $157,225.43, plus additional pre-judgment interest, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      **ORDERED AND ADJUDGED** that default judgment is entered against defendant J.G. Flannery, Inc. as follows: (1) $70,015.12 in unpaid employee benefit contributions; (2) $67,306.96 in interest, with additional interest in the amount of $2,087.27; (3) $14,003.02 in liquidated damages; (4) audit fees in the amount of $2,707.50; (5) $2,702.00 in attorney's fees;

and (6) $490.83 in costs, for a total monetary award of $159,312.70; and that this case is hereby closed.

Dated: Central Islip, New York
       June 22, 2012

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                   By:    /s/ Catherine Vukovich
                          Deputy Clerk